IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT A. CASH, | ) | |
| | ) | |
| Petitioner, | ) | 4:06cv3073 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no 30, the Motion for Permission to Add Additional Issues to [Petition for] Writ of Habeas Corpus, filed by the petitioner, Scott A. Cash; and filing no. 31, the petitioner's Motion for Information. Both motions are granted.

In filing no. 30, the petitioner lists additional claims he wishes to append to his Petition for Writ of Habeas Corpus. The respondent has not objected. Therefore, the claims listed in filing no. 30 shall be considered part of the petitioner's habeas corpus petition, as amended. The respondent has previously filed an Answer (filing no. 14) to the petitioner's other claims. The respondent shall now have thirty (30) days from the date of this Order to file an Answer to the additional claims asserted in filing no. 30.

In his Motion for Information, the petitioner inquires whether his Objection to the State's Response has been received and docketed. The document has been received and has been docketed as filing no. 22. The Clerk of Court shall send the plaintiff a docket sheet without charge.

SO ORDERED.

DATED this 31st day of May, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge