IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT A. CASH, | ) | 4:06CV3073 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, Director, and | ) | |
| FRED BRITTEN, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Respondents' motion to extend progression order. (Filing No. 45.) The motion requests an extension of time until November 26, 2007, to file Respondents' initial brief on the merits in accordance with the court's September 27, 2007 memorandum and order. (Filing No. 43.) The court finds that good cause is shown for the extension and the motion is therefore granted.

IT IS THEREFORE ORDERED that:

1. Respondents' motion to extend progression order (filing no. 45) is granted. Respondents shall have until November 26, 2007 in which to file their initial brief on the merits.

2. No later than 30 days following the filing of Respondents' brief, Petitioner shall file and serve a brief in response. Petitioner shall submit no other documents unless directed to do so by the court.

3. No later than 30 days after the filing of Petitioner's brief, Respondents shall file and serve a reply brief.

4. In accordance with this memorandum and order and the extension of time granted herein, Petitioner's motion for default judgment (filing no. 44) is denied.

5. The Clerk of the court is directed to set a pro se case management deadline with the following text: January 28, 2008: Briefing on the merits should be complete.

November 15, 2007.                BY THE COURT:


                                  s/ Joseph F. Bataillon
                                  Chief United States District Judge