IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT A. CASH, | ) | 4:06CV3073 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, Director, and | ) | |
| FRED BRITTEN, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Objection to Motion to Extend. (Filing No. 48.) The court has already granted Respondents' request for additional time to file their initial brief on the merits. (Filing No. 46.) Thereafter, the court permitted Petitioner a similar extension of time to file his brief in response. (Filing No. 51.)

IT IS THEREFORE ORDERED that:

1. Petitioner's Objection to Motion to Extend (filing no. 48) is denied.
2. Petitioner's Brief in Response to Respondents' brief on the merits shall be filed no later than January 26, 2008.
3. No later than 30 days after the filing of Petitioner's Response, Respondents shall file and serve a reply brief.
4. The Clerk of the court is directed to set a pro se case management deadline with the following text: February 26, 2008: Briefing on the merits should be complete.

January 11, 2008.                    BY THE COURT:


                                     s/ Joseph F. Bataillon
                                     Chief United States District Judge